Mark L. Venardi (SBN 173140)
Kevin Sherman (SBN 316823)
VENARDI ZURADA LLP
1418 Lakeside Drive
Oakland, CA 94612
Telephone: (510) 832-4295
Facsimile: (510) 832-4364
E-MAIL: mvenardi@vefirm.com
E-MAIL: ksherman@vefirm.com

Attorney for Plaintiff
RUSSELL WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL WHITE,**<br><br>                    **Plaintiff,**<br><br>          **vs.**<br><br>**AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; and DOES 1-30, inclusive,**<br><br>                    **Defendants.** | **Case No.:**<br><br>**COMPLAINT; DEMAND FOR JURY TRIAL** |

Plaintiff RUSSELL WHITE alleges as follows:

## PARTIES

1.      Plaintiff Russell White is, and at all times material hereto was, an individual residing in Lafayette, California.  Plaintiff is a citizen of the State of California

2.      Defendant Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington.

3.      Defendant Amazon.com Services LLC is a Delaware limited liability corporation with its principle place of business in Seattle, Washington.  The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., a Delaware corporation with its principle place of business in Seattle, Washington.  The sole owner of Amazon.com Sales, Inc. is Defendant

VENARDI ZURADA LLP
1418 Lakeside Drive
Oakland, California 94612
Telephone: (510) 832-4295
Facsimile: (510) 832-4364

- 1 -

1   Amazon.com, Inc.

2       4.      Plaintiff is ignorant of the true names and capacities of Defendants sued herein as

3   "Does 1 through 30, inclusive" and therefore, sues these Defendants by such fictitious names.

4   Plaintiff will amend this Complaint to allege their true names and capacities when ascertained.

5   Plaintiff is informed and believes, and on the basis of such information and belief alleges, that each

6   of the fictitiously named Defendants is responsible in some manner for some or all of the

7   occurrences alleged in this Complaint and that Plaintiff's damages as herein alleged were

8   proximately caused by such Defendants.

9       5.      The liability for Defendants stems from the following: the driver (hereinafter "the

10  Driver") of the United States Postal Service (hereinafter "USPS") delivery truck that injured

11  Plaintiff was, at all times mentioned herein, an agent of Defendant Amazon.com, Inc. and

12  Defendant Amazon.com Services LLC (collectively "Amazon") and was acting within the purpose

13  and scope of said agency.  The Driver was, at all times mentioned herein, also the agent and

14  employee of USPS and was acting within the purpose and scope of said agency and employment.

15      6.      Furthermore, each of the Defendants and USPS were agents of the other, and in

16  doing the acts herein described and referred to, were acting in the course and scope of their

17  authorities as agents of each other and are equally liable to the damages sustained by Plaintiff.

18

19                          **JURISDICTION AND VENUE**

20      7.      Jurisdiction is based on 28 *U.S.C.* § 1332(a) on diversity of Plaintiff and Defendants

21  and the fact that Plaintiff's claim for relief exceeds $75,000.

22      8.      Venue is proper pursuant to 28 *U.S.C.* § 1391 in the Northern District of California

23  because the acts and omissions that are the subject of this action all occurred in the Northern

24  District of California.

25                          **INTRADISTRICT ASSIGNMENT**

26      9.      The acts and omissions that are the subject of this action occurred in Contra Costa

27  County, California.  Pursuant to Civil L.R. 3-2(c), both the San Francisco Division and the Oakland

28  Division are proper for assignment.

VENARDI ZURADA LLP
1418 Lakeside Drive
Oakland, California 94612
Telephone: (510) 832-4295
Facsimile: (510) 832-4364

COMPLAINT; DEMAND FOR JURY TRIAL

VENARDI ZURADA LLP
1418 Lakeside Drive
Oakland, California 94612
Telephone: (510) 832-4295
Facsimile: (510) 832-4364

## FACTS COMMON TO ALL CAUSES OF ACTION

10.     On August 5, 2018, at around 10:10 a.m., Plaintiff was riding his bicycle in a bike lane, heading northbound on Danville Blvd. in Alamo, California.  In front of Plaintiff was a USPS delivery truck (hereinafter "the Truck"), also heading northbound on Danville Blvd.

11.     Without activating the turn signal on the Truck, the Driver attempted to make a right-hand turn and collided with Plaintiff's bicycle and caused Plaintiff to crash his bicycle. Plaintiff sustained significant injuries as a result of the crash, including but not limited to injuries to his legs, shoulders and hip.

12.     The Driver caused the collision by violating *California Vehicle Code* § 22107 for failing to make a turn when safe to do so.

## FIRST CAUSE OF ACTION
### NEGLIGENCE
### (AGAINST ALL DEFENDANTS)

13.     Plaintiff re-alleges and incorporate all allegations in paragraphs 1-12.

14.     The Driver owed a duty of care to Plaintiff to operate the Truck in a safe and prudent manner as to not injure other drivers, cyclists, or pedestrians.  The Driver breached that duty when the Driver failed to activate their turn signal and failed to make a turn only when safe to do so, causing Plaintiff to crash his bicycle.  The Driver's breach of the duty of care to Plaintiff was the actual and proximate cause of the injuries described herein.

15.     Amazon and other Defendants are liable to Plaintiff under a theory of vicarious liability.  At all relevant times, the Driver was an agent of Amazon and Defendants, as well as an agent and employee of USPS, and was acting within the purpose and scope of said agency and employment. Defendants are vicariously liable for the Driver's actions as the principal and supervisor over the Driver.

16.     Plaintiff suffered personal injury and property damages, including but not limited to past and future medical expenses, pain and suffering, loss of enjoyment of life, and property damage in an amount to be proven at trial.

1

2

**SECOND CAUSE OF ACTION**
**NEGLIGENCE PER SE**
**(AGAINST ALL DEFENDANTS)**

3      17.      Plaintiff re-alleges and incorporate all allegations in paragraphs 1-16.

4      18.      The Driver violated *California Vehicle Code* § 22107 as described above.

5      19.      The Driver's violation of *California Vehicle Code* § 22107 caused Plaintiff's injuries

6    as described in this Complaint.

7      20.      Plaintiff's injuries resulted from the kind of occurrence this statute is designed to

8    prevent, and Plaintiff is a member of the class of persons the statute is intended to protect.

9      21.      Amazon and other Defendants are liable to Plaintiff under a theory of vicarious

10   liability.  At all relevant times, the Driver was an agent of Amazon and Defendants, as well as an

11   agent and employee of USPS, and was acting within the purpose and scope of said agency and

12   employment. Defendants are vicariously liable for the Driver's actions as the principal and

13   supervisor over the Driver.

14     22.      Plaintiff suffered personal injuries, including but not limited to, past and future

15   medical expenses, pain and suffering, and loss of enjoyment of life, in an amount to be proven at

16   trial.

17

18

**PRAYER FOR RELIEF**

19      WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, as

20   follows:

21           1.    For special damages including but not limited to property damages and past

22              and future medical expenses according to proof;

23           2.    For general damages, including but not limited to pain and suffering and loss of

24              enjoyment of life according to proof;

25           3.    For interest on all sums found to be due and owing, said interest accruing at the

26              legal rate from the date of said incident;

27           4.    For costs of suit herein incurred;

28           5.    For attorneys' fees as allowed by law; and

VENARDI ZURADA LLP
1418 Lakeside Drive
Oakland, California 94612
Telephone: (510) 832-4295
Facsimile: (510) 832-4364

- 4 -

1       6.   For such other and further relief as the Court may deem just and proper.

2

3   Dated: July 28, 2020                     VENARDI ZURADA LLP

4

5                                           /s/ Mark L. Venardi

6                                           _____
                                            Mark L. Venardi
7                                           Attorney for Plaintiff
                                            RUSSELL WHITE

8

9

10

11

12

VENARDI ZURADA LLP
1418 Lakeside Drive
Oakland, California 94612
Telephone: (510) 832-4295
Facsimile: (510) 832-4364

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT; DEMAND FOR JURY TRIAL**

## **JURY DEMAND**

Plaintiff demands a trial by jury.


Dated: July 28, 2020                    VENARDI ZURADA LLP


                                        /s/ Mark L. Venardi
                                        _____
                                        Mark L. Venardi
                                        Attorney for Plaintiff
                                        RUSSELL WHITE

VENARDI ZURADA LLP
1418 Lakeside Drive
Oakland, California 94612
Telephone: (510) 832-4295
Facsimile: (510) 832-4364

COMPLAINT; DEMAND FOR JURY TRIAL